UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIJAY KUMAR,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION CENTER, et al.,

Respondents.

No. 1:26-cv-06688-DAD-AC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 8)

Petitioner is a federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 4, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 8.) Specifically, the magistrate judge found that, in light of petitioner's prior release on his own recognizance, his due process rights were violated when he was re-detained without a hearing before a neutral adjudicator at which the government was required to justify his re-detention by clear and convincing evidence. (*Id.* at 3–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three days of service. (*Id.* at 8.)

On November 6, 2026, respondents filed objections to the findings and recommendations which are comprised of a single sentence stating that respondents object for the same reasons presented in their prior briefing. (Doc. No. 9.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations (Doc. No. 8) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Vijay Kumar, A-File No. 245- 907-852, from respondents' custody;
    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge at which hearing the government must prove by clear and convincing evidence that petitioner is a flight risk or danger to the community such that his re-detention is warranted;
3. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 12, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE